**RECEIVED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUN 1 5 2007
6-15-07
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ROBERT E. PAYNE #11300-042/MC

F.C.I.#2, P.O. BOX 1500

BUTNER, N.C. 27509...
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

JIMMIE L. JONES OF THE,

J.L. JONES & ASSOCIATES, LTD.

36 SOUTH WABASH SUITE #1402

CHICAGO, IL. 60603...

07cv3386
JUDGE HIBBLER
Case 1  MAG. JUDGE COLE
(To b

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

XXXXXX     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
                U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

    A. Name: <u>**ROBERT E. PAYNE**</u>

    B. List all aliases: <u>NONE</u>

    C. Prisoner identification number: <u>#11300-042</u>

    D. Place of present confinement: <u>FEDERAL CORRECTIONAL INSTITUTIONAL#2</u>

    E. Address: <u>P.O. BOX 1500, BUTNER, N.C. 27509...</u>

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: <u>**JIMMIE L. JONES**</u>

        Title: <u>**CRIMINAL DEFENSE LAWYER**</u>

        Place of Employment: <u>J.L. JONES & ASSOCIATES, LTD. 36 SOUTH WABASH, SUITE#1402, CHICAGO, IL. 60603...</u>

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

_____

_____

_____

2. What was the result?

_____

_____

_____

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

_____

_____

_____

D. If your answer is **NO**, explain why not:
MATTER IS NOT FOR THE INSTITUTION..

_____

E.  Is the grievance procedure now completed?  YES ( )  NO ( )

F.  If there is no grievance procedure in the institution, did you complain to authorities? YES (✓)  NO ( )

G.  If your answer is **YES**:

   1. What steps did you take?
   FILED TO THE ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF THE SUPREME COURT OF ILLINOIS,.. CASE NO: 04 CP 193

   2. What was the result?
   THE CLAIM WAS APPROVED FOR THE REASONS STATED IN THE REPORT + RECOMMENDATION...

H.  If your answer is **NO**, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: JIMMIE L. JONES IN RELATION TO ROBERT E. PAYNE CASE NO. 04 CP 173

B. Approximate date of filing lawsuit: DECEMBER 15, 2005

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: ROBERT E. PAYNE

D. List all defendants: JIMMIE L. JONES, RESPONDENT, NO. 6198837

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): SUPREME COURT OF ILLINOIS

F. Name of judge to whom case was assigned: IT WAS WAS A PANEL OF JUDGES

G. Basic claim made: NEGLECT OF CRIMINAL APPEAL

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): NO, YES, PENDING IN CIVIL COURT...TRYING TO GO TO HIGHER COURT WITH MATTERS...

I. Approximate date of disposition: DECEMBER 15, 2005.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**V.      Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THE RESPONDENT JIMMIE L. JONES WAS HIRED TO REPRESENT, MR. ROBERT E. PAYNE, INSIDE THE NORTHERN DISTRICT OF MISSISSIPPI, CRIMINAL APPEAL, BUT FAILED TO DO SO!!!... MR. JONES AND MR. PAYNE HAD AN AGREEMENT AND SIGNED DOCUMENTS STATING THE FACTS... MR. JIMMIE L. JONES WAS PAID THE FULL AMOUNT, AND FAILED TO PERFORM HIS SERVICES AS HE STATED INSIDE HIS AGREEMENT...

THE PETITIONER MR. PAYNE HAVE EXHIBIT'S DETAILING THE RESULT'S OF THIS SERIOUS MATTER... EXHIBITS WILL BE SUBMITTED ONCE ALLOWED, STARTING WITH "A" THRU "C"...

THANK YOU!

SINCERELY,

Mr. Robert E. Payne

**VI.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I WOULD LIKE THIS COURT TO MAKE THE RESPONDENT JIMMIE L. JONES, PAY THE REQUIRED FEE'S TO ROBERT E. PAYNE, THAT IS LISTED INSIDE THE SAID LAWSUIT...

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this    8TH    day of   JUNE   , 20 07

_Robert E. Payne_
(Signature of plaintiff or plaintiffs)

ROBERT E. PAYNE
(Print name)

#11300-042
(I.D. Number)

UNIT/MC, FEDERAL CORRECTIONAL INSTITUTION, NO: #2

P.O. BOX 1500,

BUTNER, N.C. 27509...
(Address)